UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS
BEFORE HONORABLE MARCOS E. LOPEZ               CR NO: 99-217 (PG)

Date:       August 16, 2007
Duration:   3:15 p.m.-3:25 p.m.

===========================================================================
                                                    ATTORNEYS:

UNITED STATES OF AMERICA

vs.

EDDIE AYUSO-CORTIJO                          Víctor González
                                             Assistant Federal Public Defender
===========================================================================

CASE CALLED FOR FURTHER PROCEEDINGS OF INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATIONS. Defendant Eddie Ayuso-Cortijo was represented by Atty. Víctor González, Assistant Federal Public Defender.

Atty. González informed that he personally met with the Honorable Juan Pérez-Giménez, U.S. District Judge for the District of Puerto Rico, subsequent to the initial appearance on supervised released held this morning, to request that defendant Ayuso-Cortijo be released on bail pending his appearance before Judge Pérez Giménez on the supervised release revocation hearing set for August 24, 2007 at 9:30 a.m. Pursuant to Judge Pérez-Giménez's directive, the Court entered an order setting conditions of release.

San Juan, Puerto Rico, this 16th day of August, 2007.

                                    s/Marcos E. López
                                    UNITED STATES MAGISTRATE JUDGE