# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   MAGISTRATE MARCOS E. LÓPEZ

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: August 16, 2007

COURT REPORTER:   **FTR**                                    Case No. 99-217-6 (PG)

COURT INTERPRETER:                              PO- Raul Gonzalez

==================================================================

United   States of America              <u>Attorneys</u>:  AUSA-

vs.

Eddie Ayuso-Cortijo                     AFPD-Max Perez-Bouret

==================================================================

Case called for Initial Appearance on Revocation of Supervised Release.  Defendant is present in Court.  He voluntarily surrender today.  Defense counsel states that at this moment, defendant will not contest the allegations in the motion filed by Probation Officer.

The Court after hearing counsel finds probable cause to believe that defendant violated his conditions of super release.  The case is referred to Judge Perez-Gimenez for a final revocation hearing which is scheduled for August 24, 2007 at 9:30 A.M.

*S/MINERVA FIGUEROA*
Courtroom Deputy Clerk