✎ AO 470  (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>EDDIE AYUSO-CORTIJO<br>*Defendant* | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case Number:   99-217-6- (PG) |

Upon motion of the _____ GOVERNMENT _____ , it is ORDERED that a

Preliminary & Detention Hearing _____ August 24, 2007 _____ * at _____ 9:30 AM BEFORE JUDGE PEREZ-GIMENEZ _____
                                            *Date*                                                                  *Time*

before _____ HON. JUDGE JUAN M. PEREZ-GIMENEZ _____
                                            *Name of Judicial Officer*

_____ U. S. COURTHOUSE AND FEDERAL BLDG., FLOOR CARLOS CHARDON ST., SAN JUAN, PR 00918 _____
                                            *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) ( _____

_____ ) and produced for the hearing.
                            *Other Custodial Official*


Date:   _____ AUGUST 16, 2007 _____                              _____ s/ *Marcos E. López*, U. S. Magistrate Judge _____
                                                                                                              *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.