AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

**Eddie AYUSO-CORTIJO**
Llorens Torres Housing, Bldg. 130, Apt. 2410
San Juan, PR 00913
Tel: (787) 728-6480

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

Case Number: 99 CR 00217-06 (PG)

YOU ARE HEREBY COMMANDED to arrest _____ **Eddie AYUSO-CORTIJO** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    X Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of conditions of supervised release term.

*[Stamp: RECEIVED AND FILED 2007 SEP 28 PM 3:10 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

s/ Janet González
Signature of Issuing Officer   By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

August 9, 2007 at Hato Rey, Puerto Rico
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S Probation Office Hato Rey, P.R.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/16/07 | Marlon A. Blandon DUSM | M. Bl— |
| DATE OF ARREST 08/16/07 | | |